# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | 5:07-CR-21 (WDO) |
| MARLON RICKY SMITH, : | |
| : | |
| Defendant : | |

## ORDER

Having reviewed and considered Defendant's Motion to Continue, IT IS HEREBY ORDERED that the trial of this case be continued to the August 2007 term of court. IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161 (h) of the Speedy Trial Act.

SO ORDERED this 17th of May, 2007.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE